# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| PHILLIPS-HALL-SYNELL, | : | No. 85 EM 2016 |
| Petitioner | : | |
| v. | : | |
| FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.